MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6758
    Facsimile: (415) 436-6753
    E-Mail: wilson.leung@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 4-12-MJ-70442-MAG |
|     v.     ) | |
|         ) | STIPULATION AND ORDER |
| JOSE ESQUIVEL,    ) | DOCUMENTING WAIVER |
|         ) | |
|     Defendant.    ) | |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order vacating the preliminary hearing date of May 23, 2012, setting a new preliminary hearing date for June 6, 2012, at 9:30 a.m., before the duty magistrate judge, extending the time for the preliminary hearing under Federal Rule of Criminal Procedure 5.1, and excluding time under the Speedy Trial Act to June 6, 2012.  The parties agree and stipulate, and the Court finds and holds, as follows:

    1.    The defendant, Jose Esquivel, was arrested on or about April 18, 2012, for violating 21 U.S.C. § 841(a)(1) (distribution of heroin).  Esquivel was charged in a complaint dated April 19, 2012, and presented to the Court on April 19, 2012, 2012.  Ellen Leonida, Esq., was appointed to represent Esquivel.  On April 27, 2012, Esquivel was ordered detained pending

1 trial.

2   2.   On or about April 27, 2012, due to a conflict, Ms. Leonida withdrew as counsel and Jennifer Schwartz, Esq., was appointed to represent Esquivel.  Since Ms. Schwartz's appointment, the parties have been trying to resolve this matter prior to the filing of indictment.  These discussions, however, especially in light of Ms. Schwartz's recent appearance in this case, will require more time than the presently-scheduled May 23, 2012 preliminary hearing allows.  Accordingly, the parties respectfully requests that the May 23, 2012 preliminary hearing be continued until June 6, 2012.

3.   Taking into the account the public interest in the prompt disposition of criminal cases, the above-stated ground is good cause for extending the time limit for a preliminary hearing under Federal Rule of Criminal Procedure 5.1, for the filing period for an indictment, and for excluding time under the Speedy Trial Act.  Failure to grant the continuance would deny the defense time for effective preparation and representation by seeking disposition of this matter prior to indictment on agreed-upon terms.

4.   Accordingly, with the consent of the defendant, the Court hereby: (a) vacates the May 23, 2012 preliminary hearing date and extends the time for a preliminary hearing until June 6, 2012, before the duty magistrate judge, at 9:30 a.m.; and (b) orders that the period from today until June 6, 2012 be excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. § 3161.

SO STIPULATED:

DATED: May 22, 2012        /s/
                           JENNIFER SCHWARTZ, ESQ.
                           Attorney for JOSE ESQUIVEL

DATED: May 22, 2012        /s/
                           W.S. WILSON LEUNG
                           Assistant United States Attorney

//

1
2   IT IS SO ORDERED.
3
    DATED: May 22, 2012
4
                                            HON. DONNA M. RYU
                                            United States Magistrate Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28