MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6758
    Facsimile: (415) 436-6753
    E-Mail: wilson.leung@usdoj.gov

Attorneys for the United States of America

**FILED**

JUN − 5 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>JOSE ESQUIVEL,<br><br>    Defendant. | No. 4-12-MJ-70442<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER DOCUMENTING WAIVER |

    With the agreement of the parties, and with the consent of the defendant, the Court enters this order vacating the preliminary hearing date of June 6, 2012, setting a new preliminary hearing date for June 29, 2012, at 9:30 a.m., before the duty magistrate judge, extending the time for the preliminary hearing under Federal Rule of Criminal Procedure 5.1, and excluding time under the Speedy Trial Act to June 27, 2012. The parties agree and stipulate, and the Court finds and holds, as follows:

    1.    The defendant, Jose Esquivel, was arrested on or about April 18, 2012, for violating 21 U.S.C. § 841(a)(1) (distribution of heroin). Esquivel was charged in a complaint dated April 19, 2012, and presented to the Court on April 19, 2012, 2012. Ellen Leonida, Esq., was appointed to represent Esquivel. On April 27, 2012, Esquivel was ordered detained pending

1 | trial.

2 |     2.    On or about April 27, 2012, due to a conflict, Ms. Leonida withdrew as counsel and Jennifer Schwartz, Esq., was appointed to represent Esquivel. Since Ms. Schwartz's appointment, the parties have been trying to resolve this matter prior to the filing of indictment. These discussions, however, continue, and the parties require additional time to pursue them. Accordingly, after further conferring the parties respectfully request that the June 6, 2012 preliminary hearing be continued until July 18, 2012.

    3.    Taking into the account the public interest in the prompt disposition of criminal cases, the above-stated ground is good cause for extending the time limit for a preliminary hearing under Federal Rule of Criminal Procedure 5.1, for the filing period for an indictment, and for excluding time under the Speedy Trial Act. Failure to grant the continuance would deny the defense time for effective preparation and representation by seeking disposition of this matter prior to indictment on agreed-upon terms.

    4.    Accordingly, with the consent of the defendant, the Court hereby: (a) vacates the June 6, 2012 preliminary hearing date and extends the time for a preliminary hearing until June 27, 2012, before the duty magistrate judge, at 9:30 a.m.; and (b) orders that the period from today until June 27, 2012 be excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. § 3161.

SO STIPULATED:

DATED: June 4, 2012

/s/
JENNIFER SCHWARTZ, ESQ.
Attorney for JOSE ESQUIVEL

DATED: June 4, 2012

/s/
W.S. WILSON LEUNG
Assistant United States Attorney

IT IS SO ORDERED.

DATED: June 5, 2012

HON. KANDIS A. WESTMORE
United States Magistrate Judge